# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>                    Plaintiff,<br><br>v.<br><br>KELLY MADSEN, et al.,<br><br>                    Defendants. | Case No.: 20-CV-0292 W (LL)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [DOC. 9]** |

Plaintiff requests the Court to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [Doc. 9.] Good cause appearing, this action is dismissed **WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 13, 2020

_____
Hon. Thomas J. Whelan
United States District Judge